■ In the Matter of EDWIN MADDEN, Petitioner, v ROBERT J. MILLER et al., Respondents. [917 NYS2d 912]—■

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Skelos, Leventhal and Roman, JJ., concur.